U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

OCT 1 9 2007

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOENATHAN ROCHELLE | : | **DOCKET NO. 07-939** |
| VS. | : | **JUDGE TRIMBLE** |
| WARDEN WINN CORRECTIONAL | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted.  Alternatively, this Court concludes that the proposed findings and conclusions are entirely correct.  Accordingly, it is

**ORDERED** that petitioner's writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 is hereby **DENIED** and **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _19th_ day of October, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE